IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDAN SUNNI ALI, | No. C 10-02360 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| US DEPARTMENT OF EDUCATION, | |
| Defendant. | |

Having dismissed the case without prejudice for failure to prosecute, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 23, 2011

SUSAN ILLSTON
United States District Judge